UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) SHAKIRA STAFFORD, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>(2) TINKER FEDERAL CREDIT UNION,<br>(3) BOKF, N.A., D/B/A TRANSFUND, A NATIONAL ASSOCIATION,<br>(4) FIDELITY NATIONAL INFORMATION SERVICES, INC.<br><br>Defendants. | Case No. 23-CV-89-JD |

**DEFENDANT BOKF, N.A.'S**
**UNOPPOSED MOTION FOR ENTRY OF JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 54(b) and 68(a), Defendant BOKF, N.A. d/b/a TransFund ("BOKF") respectfully moves for entry of a final judgment as to all claims against it.[1] On February 24, 2023, BOKF served an Offer of Judgment [Doc. No. 35-1], which Plaintiff timely accepted. On March 10, 2023, Plaintiff filed notice of her acceptance. [Doc. No. 35.] Entry of judgment is thus appropriate under Rule 68(a), which provides in pertinent part: "The clerk ***must then*** enter judgment." Fed. R. Civ. P. 68(a) (emphasis added).

Although this action involves multiple parties, "there is no just reason for delay" in entering judgment as to BOKF under Rule 54(b). *See Everett v. Dry Creek Joint Elementary Sch. Dist.*, No. 213CV00889MCEDAD, 2016 WL 301273, at *3 (E.D.

---

[1] Plaintiff's counsel has stated via email that Plaintiff does not oppose this motion.

Cal. Jan. 25, 2016) (finding "no just reason for delay in entering judgment" as to some defendants pursuant to Rules 68(a) and 54(b)); *Acceptance Indem. Ins. Co. v. Se. Forge, Inc.*, 209 F.R.D. 697, 700 (M.D. Ga. 2002) ("Construing Rule 68 and Rule 54(b) together, the Court can perceive of no reason why it would be impermissible to enter a judgment pursuant to Rule 68 that involves less than all of the claims or parties."). BOKF wishes to avoid additional unnecessary expense associated with remaining a party in this action. "Moreover, there is no danger of piecemeal appeals arising from such judgment because plaintiff and [BOKF] have in effect settled this matter as to them." *Suenos, LLC v. Goldman*, No. CV10-1034-TL, 2011 WL 13119331, at *1 (D. Ariz. Nov. 17, 2011) (finding "no just reason to delay entry of judgment").

WHEREFORE, Defendant BOKF, N.A. respectfully requests that the Court enter final judgment as to BOKF only, consistent with the accepted Offer of Judgment [Doc. No. 35-1], and dismiss BOKF as a party in this case.

RESPECTFULLY SUBMITTED,

*s/ David W. Leimbach*
David W. Leimbach, OBA No. 33310
Frederic Dorwart, OBA No. 2436
Sarah Poston, OBA No. 22925
FREDERIC DORWART, LAWYERS PLLC
Old City Hall Building
124 East Fourth Street
Tulsa, Oklahoma 74103
(918) 583-9922 (telephone)
dleimbach@fdlaw.com
fdorwart@fdlaw.com
sposton@fdlaw.com

***Attorneys for Defendant,***
***BOKF, N.A. d/b/a TransFund***