IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHAKIRA STAFFORD, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TINKER FEDERAL CREDIT UNION; BOKF, N.A. d/b/a TRANSFUND, A NATIONAL ASSOCIATION; and FIDELITY NATIONAL INFORMATION SERVICES, INC.,<br><br>Defendants. | Case No. CIV-23-00089-JD |

## JUDGMENT

On March 10, 2023, pursuant to Federal Rule of Civil Procedure 68(a), Plaintiff Shakira Stafford filed a notice of her acceptance of Defendant BOKF, N.A.'s Offer of Judgment [Doc. No. 35]. Based upon Defendant BOKF, N.A.'s offer and Plaintiff Shakira Stafford's acceptance, and there being no just reason for delay, the Court ENTERS judgment as to all individual claims asserted by Plaintiff Shakira Stafford against Defendant BOKF, N.A. d/b/a Transfund, a National Association in favor of Plaintiff Shakira Stafford and against Defendant BOKF, N.A. d/b/a Transfund, a National Association in the amount of "one thousand dollars ($1,000), inclusive of actual costs and attorney fees otherwise recoverable."[1]

---

[1] This is the exact amount stated in Defendant's Offer of Judgment [Doc. No. 35-1 at 1]. The "judgment entered pursuant to the offer shall have no issue or claim preclusive effect or other effect whatsoever except to settle the identified claims with the designated offeree [Shakira Stafford]." [Doc. No. 35-1 at 2].

ENTERED this 11th day of April 2023.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE