IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Shakira Stafford, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>Tinker Federal Credit Union,<br>and Fidelity National Information Services, Inc.<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No.: 23-cv-89-JD<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Shakira Stafford, through undersigned counsel, hereby voluntarily dismisses her claims against Defendant Fidelity National Information Services, Inc. with prejudice.

Dated: August 1, 2023

Respectfully submitted,

/s/ Matthew D. Alison
Matthew D. Alison, OBA # 32723
Indian and Environmental Law Group, PLLC
406 South Boulder Ave., Suite 830
Tulsa, Oklahoma 74103
Telephone:  (918) 347-6169
Facsimile:  (918) 948-6190
Email: matthew@iaelaw.com

-and-

Lynn A. Toops *(Admitted pro hac vice)*
Amina A. Thomas *(Admitted pro hac vice)*
**COHEN & MALAD LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204

ltoops@cohenmalad.com
athomas@cohenmalad.com

-and-

J. Gerard Stranch, IV (Admitted pro hac vice)
Peter J. Jannace
**BRANSTETTER, STRANCH & JENNINGS, PLCC**
223 Rosa L. Parks Ave., Suite 200
Nashville, TN 37203
gerards@bsjfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of August, 2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF system.

/s/ Matthew D. Alison