UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

Shakira Stafford, on behalf of herself and all others similarly situated,

    Plaintiff(s)

vs.

Tinker Federal Credit Union

    Defendant(s)

CASE NO. 5:23-cv-00089-JD

**CHANGE OF ADDRESS**

To the Clerk of this court and all parties of record:

Please note my change of address as counsel in the above styled case for ✓ plaintiff ___ defendant (name of party) Shakira Stafford.

s/ Matthew D. Alison      08/03/2023
Signature      Date

Matthew D. Alison
Print Name

Indian and Environmental Law Group, PLLC
Firm

233 South Detroit Ave., Suite 200
New Address

Tulsa, Oklahoma 74120
City, State, Zip Code

(918) 347-6169      (918) 948-6168
Phone Number      Fax Number

matthew@iaelaw.com
Email Address

## Certificate of Service

☑ I hereby certify that on (date) 08/03/2023, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants: (insert names)

Tammy Webb
Amy White
Anna El-Zein
David Leimbach
Frederic Dorwart
Heidi Nichols
Kelsey Chilcoat
Lyndon Whitmire
Nicholas Kennedy & Sarah Poston

_____ I hereby certify that on (date) _____, I served the attached document by (service method) _____ on the following, who are not registered participants of the ECF System: (insert names and addresses)

s/ Matthew Alison
s/ Attorney Name

Rsvd 12-09