# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SHAKIRA STAFFORD, on behalf of ) <br> herself and all others similarly situated, ) <br> ) <br>         Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TINKER FEDERAL CREDIT UNION, ) <br> ) <br>         Defendant. ) | Case No. CIV-23-00089-JD |

## ORDER

The Court has an independent obligation to determine its subject matter jurisdiction. Upon review of the record, the Court's jurisdiction is unclear. The Court calls for the parties to brief this issue. Specifically, the parties should brief whether Plaintiff's claims involve "vindication of a right under state law" that "necessarily turn[s] on some construction of federal law," *Franchise Tax Board v. Construction Laborers Vacation Trust*, 463 U.S. 1, 9 (1983); whether the dismissal of Defendant's co-defendants impacts the Court's jurisdiction; whether any CAFA exceptions set out in 28 U.S.C. § 1332 preclude the Court from exercising jurisdiction or whether there are reasons why the CAFA exceptions do not apply; and any other issues relevant to the Court's subject matter jurisdiction. The parties should also pay attention and note for the Court which party has the burden on any particular issue.

The parties shall simultaneously file motions or briefs within twenty-one (21) days from today and shall include any evidence on which they intend to rely. The parties shall then respond to each other's filings within fourteen (14) days of the day of filing. Any

replies (which are optional) shall be due within seven days of the date of the response brief.

The Court further ORDERS the parties to confer through counsel before filing any motion or brief in response to this Order and to include certificates of conferences in their initial briefs. If the parties assess the case and determine that the Court does not have subject matter jurisdiction, the parties shall promptly file a notice in the Court so that the Court may remand this action to the District Court of Oklahoma County for further proceedings.

IT IS SO ORDERED this 14th day of March 2024.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE